# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| AARON CERNERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00156-ALM-AGD |
| | § | |
| SAFECO INSURANCE COMPANY OF INDIANA, et al., | § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 6, 2025, the Report of the Magistrate Judge, (Dkt. #45), was entered containing proposed findings of fact and recommendation that Defendant Safeco Insurance Company of Indiana's Motion to Compel Appraisal and Abate Lawsuit Pending Completion of Appraisal (Dkt. #11) be granted; that the parties be compelled to participate in appraisal in accordance with the insurance policy; that appraisal commence without delay; and that the parties submit a joint status report with the court within ten (10) days of the completion of appraisal.

The Court has conducted a de novo review of Plaintiff's timely objections (Dkt. #47) and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby

adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Safeco Insurance Company of Indiana's Motion to Compel Appraisal and Abate Lawsuit Pending Completion of Appraisal (Dkt. #11) is **GRANTED**; that the parties are compelled to participate in appraisal in accordance with the insurance policy; that appraisal must commence without delay; and that the parties must submit a joint status report with the Court within ten (10) days of the completion of appraisal.

**IT IS SO ORDERED.**

SIGNED this 31st day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE